```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 02969
   CURTIS WILLIAMS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6149

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 02/21/2007 and was confirmed 04/26/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/25/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO BANK          CURRENT MORTG        .00             .00            .00
COUNTRYWIDE HOME LOANS I  UNSECURED       NOT FILED            .00            .00
WELLS FARGO BANK          MORTGAGE ARRE     795.85             .00         795.85
COUNTRYWIDE HOME LOANS I  UNSECURED       NOT FILED            .00            .00
GMAC                      SECURED NOT I        .00             .00            .00
GMAC                      UNSECURED       NOT FILED            .00            .00
WELLS FARGO BANK          NOTICE ONLY     NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      1,574.00                       1,574.00
TOM VAUGHN                TRUSTEE                                           165.15
DEBTOR REFUND             REFUND                                            380.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   2,915.00

PRIORITY                                           .00
SECURED                                         795.85
UNSECURED                                          .00
ADMINISTRATIVE                                1,574.00
TRUSTEE COMPENSATION                            165.15
DEBTOR REFUND                                   380.00
                         --------------    --------------
TOTALS                    2,915.00            2,915.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 02969 CURTIS WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE